IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01108-PSF-PAC

SUZANNE COFFER,

    Plaintiff,

v.

OSI COLLECTION SERVICES, INC., a Delaware corporation;
TANYA KEBE;
MS. REED, whose true name is unknown;
KEN PARRINGTON;
MELISSA ARMSTRONG; and
MS. KIM, whose true name is unknown,

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulation to Dismiss with Prejudice (Dkt. # 36), and the Court being fully advised in the premises, finds the Stipulation to be just and meritorious; it is, therefore,

ORDERED that all claims against the defendants are hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees.

DATED: December 28, 2006

BY THE COURT:

*s/ Marcia S. Krieger for*

_____
Phillip S. Figa
United States District Court Judge